# United States District Court

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

SOCIETY OF PROFESSIONAL
ENGINEERING EMPLOYEES IN
AEROSPACE, IFPTE, LOCAL 2001,

          Plaintiff,

   v.

THE BOEING COMPANY,

          Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   C03-3682JLR

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    Plaintiff's motion for summary judgment (Dkt. # 10) is GRANTED, and Defendant's motion for summary judgment (Dkt. # 12) is DENIED. The underlying dispute between Plaintiff and Defendant shall be decided before an arbitrator.

    Dated this 4th day of January, 2005.

                                                   BRUCE RIFKIN
                                                   Clerk

                                   s/Consuelo Ledesma
                                   Deputy Clerk