HON. JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

SOCIETY OF PROFESSIONAL ENGINEERING EMPLOYEES IN AEROSPACE, IFPTE, LOCAL 2001,

    Plaintiff,

v.

THE BOEING COMPANY,

    Defendant.

No. C03-3682 JLR

**NOTICE OF CHANGE OF ADDRESS OF ATTORNEY**

(Clerk's Action Required)

TO:    Clerk of Court

AND TO:    Russell L. Perisho

Mark E. Brennan and Anne Senter hereby give notice of the following change of address:

NOTICE OF CHANGE OF ADDRESS
OF ATTORNEY – C03-3682JLR    1

LAW OFFICES OF
ROBBLEE BRENNAN & DETWILER
1620 METROPOLITAN PARK TOWERS
1100 OLIVE WAY • SEATTLE, WA 98101
(206) 467-6700 • FAX 467-7589

| | | |
|---|---|---|
| 1 | Old Address: | 1100 Olive Way, Suite 1620<br>Seattle, Washington 98101 |
| 2 | New Address: | 2101 Fourth Avenue, Suite 200<br>Seattle, Washington 98121-2392 |
| 3 | Effective Date: | November 5, 2007 |

Dated this 26th day of October, 2007.

s/Mark E. Brennan
Mark E. Brennan, WSBA #8389
Anne Senter, WSBA #25638
ROBBLEE BRENNAN & DETWILER
1100 Olive Way, Suite 1620
Seattle, Washington 98101
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: mbrennan@unionattorneysnw.com
        asenter@unionattorneysnw.com

NOTICE OF CHANGE OF ADDRESS
OF ATTORNEY -- C03-3682JLR     2

LAW OFFICES OF
ROBBLEE BRENNAN & DETWILER
1620 METROPOLITAN PARK TOWERS
1100 OLIVE WAY • SEATTLE, WA 98101
(206) 467-6700 • FAX 467-7589

## CERTIFICATE OF SERVICE

On October 26, 2007, I caused to be served upon counsel of record, at the addresses stated below, via the method of service indicated, a true and correct copy of the following document:

**NOTICE OF CHANGE OF ADDRESS OF ATTORNEY**

| Russell L. Perisho, WSBA #8538<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, Washington 98101-3099 | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via E-filing<br>___ Via E-mail |
|---|---|

s/Mark E. Brennan
Mark E. Brennan, WSBA #8389
Anne Senter, WSBA # 25638
Robblee Brennan & Detwiler, P.L.L.P.
1100 Olive Way, Suite 1620
Seattle, WA 98101
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: mbrennan@unionattorneysnw.com
        asenter@unionattorneysnw.com
Attorneys for District Lodge 751

CERTIFICATE OF SERVICE – C03-3682JLR - 1